**Order entered January 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01680-CR

**VICKIE LYNN ROLLINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court
Dallas County, Texas
Trial Court Cause No. F10-42334-U**

## ORDER

The Court **REINSTATES** the appeal.

On October 22, 2012, we ordered the trial court to make findings regarding why appellant's brief had not been filed. We have received appellant's brief, together with an extension motion. Therefore, we **VACATE** the October 22, 2012 order requiring findings.

We **GRANT** the December 27, 2012 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    DAVID L. BRIDGES
        JUSTICE